# Court of Appeals
# of the State of Georgia

ATLANTA,   October 18, 2013

*The Court of Appeals hereby passes the following order:*

## A14A0149. DONALD BROGDON v. THE STATE.

In 2001, Donald Brogdon pled guilty to two counts of armed robbery. On May 9, 2013, Brogdon filed a motion to modify his sentence. The trial court denied the motion, noting that it lacked jurisdiction to modify Brogdon's sentence and that Brogdon's sentence was within the statutory guidelines. Brogdon seeks to appeal this ruling. We, however, lack jurisdiction.

Under OCGA § 17-10-1 (f), a court may correct or reduce a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later. *Frazier v. State*, 302 Ga. App. 346, 347-348 (691 SE2d 247) (2010); *Burg v. State*, 297 Ga. App. 118, 118 (676 SE2d 465) (2009). Once this statutory period expires, as it had here when Brogdon filed his motion, a trial court may modify a sentence only if it is void. *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004). "A sentence is void if the court imposes punishment that the law does not allow." (Punctuation omitted.) Id. Therefore, in order to support a motion for sentence modification filed outside the statutory time period of OCGA § 17-10-1 (f), a defendant must demonstrate that the sentence imposes punishment not allowed by law. *Frazier*, supra. Where the defendant fails to do so, we lack jurisdiction to review the trial court's denial of his motion. Id.

Here, Brogdon's motion was not timely under OCGA § 17-10-1 (f), and he raises no colorable claim that his sentence is void. Under these circumstances, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,* __10/18/2013__
　　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*